# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA LORRAINE FIELDS, an individual, and JERRY WAYNE FIELDS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02293-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND THE OCTOBER 15, 2025 CIVIL SCHEDULING ORDER (DKT 10)**<br><br>State Ct. Complaint Filed: June 23, 2025<br><br>District Judge: Daniel J. Calabretta<br><br>Magistrate Judge: Allison Claire |

ORDER GRANTING JOINT STIPULATION TO AMEND THE OCTOBER 15, 2025, CIVIL
SCHEDULING ORDER (ECF No. 10)

## ORDER

Having considered the above Joint Stipulation, the Court hereby grants the parties' request to further amend the Order Setting Pretrial and Trial Schedule as follows:

**Fact Discovery Cutoff**: June 22, 2026

**Expert Disclosure (Initial)**: July 06, 2026

**Expert Disclosure (Rebuttal)**: July 20, 2026

**Expert Discovery Cutoff**: July 27, 2026

**Dispositive Motion Filing Deadline:** October 05, 2026

**Dispositive Motion Hearing**: November 19, 2026, at 1:30 PM

**Final Pretrial Conference:** March 11, 2027, at 1:30 PM

**Trial:** May 03, 2027, at 8:30 AM

**IT IS SO ORDERED.**

Dated:  May 13, 2026          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 2 -